**MANDATE**

D. Conn. IN H CT
02-CV-724
Squatrito, J.

## United States Court of Appeals
### FOR THE SECOND CIRCUIT

FILED Oct 20 10 05 AM '03
U.S. DISTRICT COURT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 6th day of October two thousand and three,

Present:
    Hon. Richard J. Cardamone,
    Hon. Roger J. Miner,
    Hon. Guido Calabresi,
                *Circuit Judges.*



In re Thaddeus Taylor,
             Petitioner,                  03-3049

Petitioner, *pro se*, seeks a writ of mandamus directing the district court to decide his 28 U.S.C. § 2254 petition and moves for leave to proceed *in forma pauperis*. Upon due consideration, it is ORDERED that leave to proceed *in forma pauperis* is granted for the limited purpose of permitting this petition for a writ of mandamus to be filed. It is FURTHER ORDERED that the petition for a writ of mandamus is DENIED as moot since the 28 U.S.C. § 2254 petition was decided by the district court. A judgment dismissing the petition was entered on August 29, 2003.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

SAODK

- 6 2003      — ISSUED AS MANDATE OCT - 6 2003