## DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __September 19, 2003__   TO: Intake Clerk

FILED
2003 OCT -6 P 12: 01
US DIST[RICT]
BRID[GEPORT]

FROM: CASSANDRA WARREN (203) 579-5759

**CASE TITLE:** THADDEUS TAYLOR VS. COMMISSIONER

**DOCKET NO.:** 3:02CV724-DJS

**NOTICE OF APPEAL:** filed: __September 10, 2003__

**APPEAL FROM:** final judgment: __YES__

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:** Paid _____   Due __✓__   N/A _____

IFP revoked _____   Application Attached _____

IFP pending before district judge _____

**COUNSEL:** CJA _____   Retained _____   Pro Se __✓__

**TIME STATUS:** Timely __✓__   Out of Time _____

**MOTION FOR EXTENSION OF TIME:** Granted _____   Denied _____

**COA:** Granted _____   Denied _____

**COMMENTS AND CORRECTIONS:**

Will forward the record at a later date, the file is with Judge Squatrito on a pending motion.

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _A. Mauson_   DATE: 9/26/03
DEPUTY CLERK, USCA