**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

DC Initials CTDC/NHCT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 9th day of March two thousand four.

Thaddeus M. Taylor,
    Petitioner-Appellant,         03-2671

v.

John J. Armstrong, Commisioner; Hector Rodriguez, Warden,
    Respondent-Appellee.



The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, <u>inter</u> alia,

either pay the docketing fee or move for leave to proceed <u>in forma pauperis</u>,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

The Appellant herein not having so proceeded, upon consideration thereof,
    it is ordered that the appeal from the order of 8/29/03 United States
    District Court for the District of Connecticut be and it hereby is dismissed.

For the Court,
Roseann B. MacKechnie, Clerk

By: Joseph Rodriguez
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified:   MAR 9 2004