UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG -5  A II: 32

THADDEUS TAYLOR                        :        U.S. DISTRICT COURT
                                       :        HARTFORD, CT.
                                       :
          v.                           :                   PRISONER
                                       :        Case No.    3:02cv724(DJS)
JOHN ARMSTRONG, ET AL.                 :
                                       :
                                       :

## RULING AND ORDER

On August 26, 2003, the court granted the respondents'
motion to dismiss on the ground that the petitioner had not
exhausted his state court remedies.  (See Doc. # 28.)  The
petitioner seeks to reopen this action because he claims that he
has now exhausted his state court remedies.  The court's ruling
dismissed the petition without prejudice to **re-filing** after the
exhaustion of state remedies.  In view of the fact that the
petitioner has commenced a new petition for writ of habeas
corpus, Taylor v. Lantz, et al., Case no. 3:03cv2132 (JBA), the
motion to reopen this action is denied as moot.

## Conclusion

Thus, the petitioner's Motion to Reopen [**doc. # 35**] is
**DENIED** as moot.

**SO ORDERED** this _____ day of August, 2004, at Hartford,
Connecticut.

Dominic J. Squatrito
United States District Judge