UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Thaddeus Taylor,
    Petitioner,
                                    : Case No. 3:02CV 724(DJS)
v.                                  :
                                    :
Commissioner John Armstrong, etas   : October 6, 2004
    Respondents.

PETITIONER'S MOTION FOR RECONSIDERATION
OF COURT'S ORDER TO DISMISS PETITION
AS BEING... MOOT, because New 2254 petition

The Petitioner Thaddeus Taylor in the above captioned Habeas Corpus proceedings respectfully Moves this Honorable Court for Reconsideration of the Court's decision to dismiss the above captioned matter... as being 'Moot' because... the petitioner had filed a New section 2254 Petition (3:03CV2132(DJS))

The Petitioner respectfully submits that this matter is not yet 'Moot'... because the Respondent(s) in 3:03CV 2132 (DJS) have Moved to dismiss the section 2254 Petition in 3:03CV 2132 (DJS)-- Claiming inter alia the petitioner after almost four years, have still failed to exhaust the state Court Remedies. Although, the petitioner only intended to raise claims that are/were fully exhausted by CT-state Supreme Court

the respondents file another motion to Dismiss -- for failure to exhaust.... this Motion is pending in Federal Court.

However, because it's undetermine if the Court in the matter 3:03CV2132 (DJS) TAYLOR v. LANTZ etal... will address the merits and actually make the instant matter moot... the petitioner respectfully submits that to dismiss the instant matter as 'moot' is premature.

Moreover, the instant matter claim has now been fully exhausted to the CT-Supreme Court and may be easier for this Honorable Court to reach... and the petitioner would subsequently withdraw 3:03CV2132 (DJS).

The petitioner respectfully submits to this Honorable Court that it is his intention to simply get a 'hearing' on the "Interstate Agreement on Detainers" IAD issues... and for the past several years he have been unable to do that.

The petitioner simply claims that under Alabama v. Bozeman (2001) decision his state conviction must be dismissed with prejudice... However, todate he has been unable to establish an adequate Record for this issue to be determine.

—2—

Accordingly, the instant matter would allow this Honorable Court to address the <u>one</u> key issue in which the petitioner would like to address without any further delays. Therefore, the Court's ruling to dismiss the above matter as being 'moot' maybe premature at this time.. Thus, the petitioner respectfully request this Honorable Court to vacate its order to dismiss this matter as 'moot'.

Moreover, the petitioner respectfully submits his intentions is to get an evidentiary hearing on the "IAD" issue .. as soon as possible .. and willing to withdraw -- 3:03cv2132 (DJS) if the Court.. decides to reach the IAD-claims on the merits and conduct an evidentiary hearing on this issue. The petitioner respectfully request appointment of Counsel for this single IAD-issue.

Respectfully Submitted,

Thaddeus Taylor #237855
Cheshire C.I.
900 High Conrad Ave
Cheshire, CT 06410

Certificate of Service

I certify that a copy of this Motion was mailed to Attorney K. Dean and Attorney Michael C. O'Hare, Office of the Chief State's Attorney Office, 300 Corporate Place, Rocky Hill, CT 06087 on this 6th day of October, 2004 postage prepaid.

Thaddeus Taylor

-3-