UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THADDEUS TAYLOR : | |
| : | |
| : | PRISONER |
| v. : | Case No.   3:02cv724(DJS) |
| : | |
| JOHN ARMSTRONG, ET AL. : | |
| : | |

RULING AND ORDER

On August 5, 2004, the court denied petitioner's motion to reopen. The petitioner now asks the court to reconsider its ruling denying the motion to reopen. Rule 7(c), Local Civil Rules of the United States District Court for the District of Connecticut, provides that any motion for reconsideration shall be filed within ten days of the filing date of the decision from which such relief is sought. The petitioner filed the present motion on October 6, 2004, the date he presumably submitted it to prison officials for filing. Thus, petitioner's Motion for Reconsideration [**doc. # 39**] is **DENIED** as untimely.

**SO ORDERED** this 10th day of February, 2005, at Hartford, Connecticut.

**/s/DJS**

_____
Dominic J. Squatrito
United States District Judge